FILED
RICHARD W. NAGEL
CLERK OF COURT

2/13/25

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WEST. DIV. DAYTON

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GUSTAVO RODRIGUEZ-PIEDRA,<br><br>Defendant. | CASE NO. 3:25-cr-13<br><br>JUDGE Michael J. Newman<br><br>INFORMATION<br><br>8 U.S.C. § 1326(a) |

THE UNITED STATES ATTORNEY CHARGES:

COUNT 1
[8 U.S.C. § 1326(a)]

On or about February 6, 2025, in the Southern District of Ohio, defendant **GUSTAVO RODRIGUEZ-PIEDRA,** an alien, was found in the United States after having been removed therefrom on or about July 14, 2010, at or near Harlingen, Texas, and not having obtained the express consent of the Secretary of Homeland Security to reapply for admission to the United States.

In violation of Title 8, United States Code, Section 1326(a).

KENNETH L. PARKER
UNITED STATES ATTORNEY

*[signature]*
ERICA D. LUNDERMAN (0098342)
Assistant United States Attorney