# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:25-cr-13 |
| Plaintiff, | |
| | District Judge Michael J. Newman |
| v. | |
| GUSTAVO RODRIGUEZ-PIEDRA, | |
| Defendant. | |

## JOINT MOTION FOR CHANGE OF PLEA HEARING

Plaintiff, United States of America, and defendant, Gustavo Rodriguez-Piedra, through counsel, jointly move this Court to set a change of plea hearing in the above-captioned case. The parties have reached a resolution in this case and therefore requests that the Court set a plea date at its convenience.

| | |
|---|---|
| JOSEPH MEDICI<br>Federal Public Defender | KELLY A. NORRIS<br>Acting United States Attorney |
| s/ F. Arthur Mullins<br>F. Arthur Mullins<br>Office of the Federal Public Defender<br>1 South Main Street, Suite 490<br>Dayton, Ohio 45402<br>(937) 225-7687 | s/ Erica D. Lunderman<br>Erica D. Lunderman<br>Assistant United States Attorney<br>200 West Second Street, Suite 600<br>Dayton, Ohio 45402<br>937-225-2910 |